# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147970

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 147970
COA: 314576
Monroe CC: 08-037169-FH

ROBERT ALLEN MIRACLE,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

t0224